# United States Bankruptcy Court
## District of Connecticut

In re   DMG Studio Holdings LLC                                                                 Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Allen Christopher<br>P.O. Box 381<br>Stratford, CT 06615 | n/a | | sole |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Allen Christopher, Managing Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief

Date:  6/2/2010

Allen Christopher, Managing Member, DMG Studio Holdings LLC

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.