UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

---------------------------------------------------------- :
In re                                                      :   Chapter 11
                                                           :
DMG STUDIO HOLDINGS LLC                                    :   CASE #10-         LMW
    Debtors                                                :
---------------------------------------------------------- :   June 2, 2010

## APPLICATION FOR ORDER
## APPROVING EMPLOYMENT OF COUNSEL, NUNC PRO TUNC

The application of DMG STUDIO HOLDINGS LLC, ("Applicant") states:

(1) On June 1, 2010, the debtor filed a petition under Chapter 11 of the Bankruptcy Code.

(2) Applicant has continued in possession of its property, and applicant as debtor in possession is now operating its business and managing its property.

(3) Applicant wishes to employ The Marcus Law Firm, attorneys admitted to practice in this Court as its counsel.

(4) Applicant has selected The Marcus Law Firm for the reason it has had considerable experience in matters of this character, and believes that The Marcus Law Firm is qualified to represent it as debtor in possession of this case.

(5) The professional services of The Marcus Law Firm is to render include:

(a) To give debtor legal advise with respect to its powers and duties as debtor in possession in the continued operation of its business and management of its property.

(b) To prepare on behalf of applicant as debtor in possession necessary applications, answers, orders, reports, and other legal papers, including a plan of reorganization and a disclosure statement.

(c) To perform all other legal services for debtor as debtor in possession which may be necessary, and it is necessary for debtor as debtor in possession to employ an attorney for professional services, including

representing the debtor in defense of any proceeding instituted to reclaim property, to obtain relief from automatic stay of section 362(a) of the Bankruptcy Code, defense of any foreclosure action pending after relief is obtained and representing to debtor's use of cash collateral.

    (d) To the best of debtor's knowledge and in reliance upon the attached affidavit of disinterestedness of The Marcus Law Firm and its employees are disinterested and have no connection with the creditors, or any other party in interest, or their respective attorneys except as otherwise disclosed.

(7) The terms of employment of the law firm of The Marcus Law Firm have been agreed to by the debtor in possession, subject to the approval of the court, are that attorneys and other personnel within the law firm will undertake this representations at their standard hourly rates. The individuals presently designate to represent the debtor in possession and their hourly rates are:

| Name | Rate |
|---|---|
| Edward L. Marcus | $ 400.00 |
| Mark L. Bergamo | 320.00 |
| Shelley A. Marcus | 340.00 |
| John S. Rubrich | 330.00 |
| David S. Doyle | 340.00 |
| Walter M. Spader, Jr. | 320.00 |
| Law Clerks (candidates for bar admission) | 120.00 |
| Paralegals | 120.00 |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and with respect to those below the level of principals, to reflect their increased experience and expertise in this are of law.

(8) Because of Applicant's immediate need for The Marcus Law Firm's services, the debtor desires to employ The Marcus Law Firm under a general retainer to be paid by Allen Christopher debtor's principal because of the extensive legal services required, and to appoint them as counsel as of the date of this application.

(9) The Marcus Law Firm represents no interest adverse to debtor as debtor in possession of the estate in the matters upon which it is to be engaged for the debtor in possession, and its employment would be in the best

interest of the estate.

    (10) The United States Trustee has/has no objection to this application.

    WHEREFORE, applicant prays that The Marcus Law Firm be employed under the terms specified to represent it as debtor in possession in this case under Chapter 11 of the Bankruptcy Code be approved by this Court.

                                DMG Studio Holdings LLC

                              BY: _____

                                  Allen Christopher
                                Managing Member duly Authorized

UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

---------------------------------------------------------- :
In re                                                      :     Chapter 11
                                                           :
DMG STUDIO HOLDINGS LLC                                    :     CASE #10-          LMW
    Debtors                                                :
                                                           :     June 2, 2010
---------------------------------------------------------- :

## CERTIFICATION

I hereby certify that copies of the Debtor's Application for Employment of Attorney and Proposed Order and Affidavit have been sent, by first class U.S. mail, postage prepaid, on January 7, 2003 to each of the Parties listed below and attached:

U. S. Trustee
Steven E. Mackey, Esq.
Office of the U.S. Trustee
One Century Plaza
265 Church Street
New Haven, CT 06510


Dated:   New Haven, CT
June 2, 2010

The Debtor


BY: _____
Mark L. Bergamo
The Marcus Law Firm
Attorneys for the Debtor
275 Branford Road
North Branford, CT 06471
(203) 787-5885
CT 09009

Area 51 DMS Inc.
P.O. Box 381
Stamford, CT 06615


Benjamin Proto
2090 Cutsprings Road
Stratfored, CT 06614


Bruce Wettenstein
Vidal/Wettenstein LLC
719 Post Road East
Westport, CT 06680


Exxon Mobil Corp.
Global Real Estate
N. Seth McNew
16825 No. Chase Dr.
Houston, Texas 77060


ExxonMobil Oil Corporation
ExxonMobil Gobal Services Co.
3225 Gallows Rd, Rm BC-0222
Fairfax, VA 22037-0001


HRP Associates, Inc.
197 Scott Swamp Road
Farmington, CT 06032


James Amman
225 Lordship Boulevard Rm 604
Stratford, CT 06615


John Lomonte
P.O. Box 290-0563
Wethersfield, CT 06129-0563


Michael J. London & Associate
15 Lake Ave.
Trumbull, CT 06611